### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Trescebel Moore<br>        John Knox Moore<br>                                  Debtor(s) | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC<br>                                  Movant<br>      vs. | NO. 22-12626 PMM |
| Trescebel Moore<br>John Knox Moore<br>                                  Debtor(s) | 11 U.S.C. Section 362 |
| Kenneth E. West<br>                                  Trustee | |

### ORDER

AND NOW, this __24th__ day of __August__, 2023 at Philadelphia, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge