IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| John Knox Moore and | : | |
| Trescebel Moore | : | No.  22-12626-pmm |
| **Debtors** | : | |

CERTIFICATION OF NO RESPONSE TO
MOTION TO MODIFY PLAN

    I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Modify Plan and respectfully request that the Order attached to the Motion be approved.

      /s/   David M. Offen
**Attorney for Debtor (s)**
**The Curtis Center**
**601 Walnut Street, Suite 160 West**
**Dated:**  09/11/2023                **Philadelphia, PA  19106**
**215-625-9600**