# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

|  |  |  |
|---|---|---|
|  | : | **Chapter 13** |
| **JOHN KNOX MOORE** | : |  |
| **TRESCEBEL MOORE,** | : |  |
|  | : |  |
| Debtor[s] . | : | Case No. 22-12626 (PMM) |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # 45, the "Motion");

It is hereby **ordered** that:

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 49) is **approved**.

Date: Oct. 25, 2023

_Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**