United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
John Knox Moore  
Trescebel Moore  
    Debtors

Case No. 22-12626-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Oct 25, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Knox Moore, Trescebel Moore, 696 Beacom Lane, Merion Station, PA 19066-1602 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Joint Debtor Trescebel Moore dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor John Knox Moore dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 25, 2023 | Form ID: pdf900 | Total Noticed: 1 |

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| | : | Chapter 13 |
| **JOHN KNOX MOORE** | : | |
| **TRESCEBEL MOORE,** | : | |
| | : | |
| Debtor[s] . | : | Case No. 22-12626 (PMM) |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # 45, the "Motion");

It is hereby **ordered** that:

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 49) is **approved**.


Date:  Oct. 25, 2023

*Patricia M. Mayer*
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**