



February 18, 2026

Case # 22-12626

Name: John & Trescebel Moore

Claim # 2

We have recently moved our offices and our new mailing address for payments/notices is:

PO Box 202093
Dallas TX 75320

Our old addresses were:
100 Commercial Dr
Fairfield OH 45140

7755 Montgomery Rd
Cincinnati OH 45236

PO Box 36124
Cincinnati, OH 45236

PO Box 36454
Cincinnati OH 45236

Please update this address for all payments payable to AXCESS FINANCIAL, CHECK N GO, Great Lakes Specialty Finance, Southern Specialty Finance, Xact, CC Bank, and Capital Community Bank.

Thank you,
*/s/ Angela Auburn*
Angela Auburn
Axcess Financial Services
Bankruptcy Support Specialist/
Payment Processing Specialist
aauburn@cng.com
PO Box 202093
Dallas TX 75320