**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                              :
                                                                        :
    John Knox Moore                                    :
    Trescebel Moore                                                        :        Chapter 13
               Debtor(s)        :
                                                                        :        No. 22-12626-PMM

**CHAPTER 13 TRUSTEE'S CERTIFICATION OF
NONCOMPLIANCE WITH LOCAL RULE 2016-3
FOR FAILURE TO TIMELY FILE A FEE APPLICATION**

    Kenneth E. West, Esquire, Standing Chapter 13 Trustee, certifies that Debtor's counsel has failed to file a Fee Application in accordance with Local Rule 2016-3(a)(4) and/or Local Rule 2016-3(b)(2).

    In accordance with Local Rule 2016-3(a)(4) and/or Local Rule 2016-3(b)(2), the Trustee requests that this Court issue a 28 day Order to Show Cause why the requested fee should not be adjusted pursuant to Local Rules 2016-3(a)(4)(A)(B) and/or Local Rule 2016-3(b)(2)(A)(B).

                         Respectfully submitted,

Date:  <u>March 4, 2026</u>                                    <u>*/s/ Kenneth E. West, Esquire*</u>
                                                                        Kenneth E. West, Esquire
                                                                        Standing Chapter 13 Trustee