United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 22-12626-pmm

John Knox Moore                                                                          Chapter 13

Trescebel Moore

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 05, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John Knox Moore, 696 Beacom Lane, Merion Station, PA 19066-1602 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Joint Debtor Trescebel Moore ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor John Knox Moore ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | |

District/off: 0313-2                              User: admin                                    Page 2 of 2

Date Rcvd: Mar 05, 2026                    Form ID: pdf900                              Total Noticed: 1

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| John Knox Moore, | : | Case No. 22-12626 (PMM) |
| | : | |
| Debtor. | : | |

**ORDER TO SHOW CAUSE REGARDING COUNSEL FEES**

**AND NOW**, this case having been confirmed on March 28, 2023, which was more than

six (6) months ago;

**AND** counsel for the Debtor having failed to seek compensation thus far, see L.R. 2016-

3(4);

**AND** the Trustee having filed a certification of non-compliance, doc. #65;

It is therefore hereby **ORDERED** that Debtor's Counsel **SHALL APPEAR** for a hearing

on **Wednesday, April 8, 2026 at 1:00 p.m. in Bankruptcy Courtroom No. 3, U.S.**

**Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** and **show cause** why any

requested fee should not be **denied**.

Date:  3/5/26

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**