IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:             :        CHAPTER 13
                   :
John Knox Moore and :
Trescebel Moore     :        No. 22-12626-PMM
     Debtors        :


CERTIFICATION OF NO RESPONSE TO
SUPPLEMENTAL APPLICATION FOR COMPENSATION OF ATTORNEY FEES


I hereby certify that I have received no answer, objection or other responsive pleading to the Supplemental Application for Compensation of Attorney Fees and respectfully request that the Order attached to the Application be approved.


Dated: 03/30/2026            /s/ David M. Offen
                             David M. Offen
                             Attorney for Debtor(s)
                             The Curtis Center
                             601 Walnut Street, Suite 160 West
                             Philadelphia, PA 19106
                             215-625-9600
                             info@offenlaw.com