IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:              :        CHAPTER 13
                    :
John Knox Moore and :
Trescebel Moore     :        No. 22-12626-PMM
    Debtors         :


## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Supplemental Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtors, and upon notice and certification of no objection it is hereby ORDERED that:

Supplemental Counsel fees in the amount of $850.00 is allowed and shall be paid by the Chapter 13 Trustee to the extent there are funds available and consistent with the terms of the Modified Plan.


3/31/26 DATED
_____
HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE