United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 22-12626-pmm

John Knox Moore                                                                    Chapter 13

Trescebel Moore

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                    User: admin                              Page 1 of 2

Date Rcvd: Mar 31, 2026            Form ID: pdf900                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb                    +   John Knox Moore, Trescebel Moore, 696 Beacom Lane, Merion Station, PA 19066-1602

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2026 at the address(es) listed below:**

**Name                          Email Address**

DAVID M. OFFEN
                              on behalf of Joint Debtor Trescebel Moore ecfmail@offenlaw.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
                              on behalf of Debtor John Knox Moore ecfmail@offenlaw.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
                              ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                              on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
                              on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

United States Trustee

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Mar 31, 2026                       Form ID: pdf900                                Total Noticed: 1

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:            :        CHAPTER 13
                  :
John Knox Moore and :
Trescebel Moore     :        No. 22-12626-PMM
     Debtors        :


<u>ORDER APPROVING COUNSEL FEES</u>


AND NOW, upon consideration of the attached Supplemental

Application for Approval of Counsel Fees submitted by David M.

Offen, Attorney for the Debtors, and upon notice and

certification of no objection it is hereby ORDERED that:

Supplemental Counsel fees in the amount of $850.00 is

allowed and shall be paid by the Chapter 13 Trustee to the extent

there are funds available and consistent with the terms of the

Modified Plan.


*Patricia M. Mayer*


3/31/26 DATED      _____
                   HONORABLE PATRICIA M. MAYER
                   UNITED STATES BANKRUPTCY JUDGE