United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
John Knox Moore
Trescebel Moore
Debtors

Case No. 22-12626-pmm
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Sep 30, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | John Knox Moore, Trescebel Moore, 696 Beacom Lane, Merion Station, PA 19066-1602 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DAVID M. OFFEN | on behalf of Debtor John Knox Moore ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Trescebel Moore ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor Carrington Mortgage Services LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | |

| | |
|---|---|
| | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Trescebel Moore<br>John Knox Moore<br>Debtors | Chapter 13 |
| Carrington Mortgage Services, LLC<br>Movant<br>v. | NO. 22-12626 PMM |
| Trescebel Moore<br>John Knox Moore<br>Debtors | 11 U.S.C. Section 362 |
| Kenneth E. West<br>Trustee | |

**ORDER**

AND NOW, this 30th day of September , 2026 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on August 24, 2023, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code (if applicable), is modified with respect to the subject premises located at 696 Beacom Lane, Merion Station, PA 19066 ("Property"), so as to allow Movant, and its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

The stay provided by Bankruptcy Rule 4001(a)(4) has been waived.

Patricia M. Mayer

Hon. Patricia M. Mayer
United States Bankruptcy Judge.