**Fill in this information to identify the case:**

Debtor 1 **JOHN KNOX MOORE**

Debtor 2 **TRESCEBEL MOORE**
(Spouse, if filing)

Unites States Bankruptcy Court for the: **Eastern District of Pennsylvania**
(State)

Case Number **22-12626-PMM**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** CARRINGTON MORTGAGE SERVICES, LLC

**Court claim no.** (if known): 26

**Last 4 digits** of any number you use to identify the debtor's account: 2 7 7 1

**Property Address:**
696 BEACOM LANE
Number Street

MERION STATION PA 19066
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 8,009.10 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 8,009.10 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ 5,176.06 |
| d. Total amount of arrearages disbursed by the trustee: | $ 13,185.16 |

**Part 4: Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5: Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

**Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Kenneth E. West
Signature

Date 10/14/2026

Trustee: Kenneth E. West
First Name / Middle Name / Last Name

Address: 190 N. Independence Mall West, Suite 701
Number / Street

Philadelphia PA 19106
City / State / ZIP Code

Contact phone (215) 627-1377

Email info@ph13trustee.com

# History Of Payments

## Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 04/12/2023 | 3023651 | Disbursement To Creditor/Principal | 463.05 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 05/09/2023 | 3024914 | Disbursement To Creditor/Principal | 216.29 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 06/13/2023 | 3026096 | Disbursement To Creditor/Principal | 216.29 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 07/13/2023 | 3027232 | Disbursement To Creditor/Principal | 216.30 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 08/15/2023 | 3028376 | Disbursement To Creditor/Principal | 216.29 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 09/18/2023 | 3029555 | Disbursement To Creditor/Principal | 48.36 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 10/10/2023 | 3030573 | Disbursement To Creditor/Principal | 216.29 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 12/21/2023 | 4000431 | Disbursement To Creditor/Principal | 194.91 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 01/16/2024 | 4001287 | Disbursement To Creditor/Principal | 187.63 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 02/12/2024 | 4002192 | Disbursement To Creditor/Principal | 187.63 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 03/12/2024 | 4003114 | Disbursement To Creditor/Principal | 187.63 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 04/10/2024 | 4004030 | Disbursement To Creditor/Principal | 187.64 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 05/13/2024 | 4004939 | Disbursement To Creditor/Principal | 187.63 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 06/14/2024 | 4005867 | Disbursement To Creditor/Principal | 187.64 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 07/17/2024 | 4006820 | Disbursement To Creditor/Principal | 187.63 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 08/14/2024 | 4007747 | Disbursement To Creditor/Principal | 187.64 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 09/11/2024 | 4008589 | Disbursement To Creditor/Principal | 187.63 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 10/16/2024 | 4009455 | Disbursement To Creditor/Principal | 189.72 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 11/13/2024 | 4010369 | Disbursement To Creditor/Principal | 189.72 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 12/11/2024 | 4011206 | Disbursement To Creditor/Principal | 189.72 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 01/15/2025 | 4012060 | Disbursement To Creditor/Principal | 189.72 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 02/12/2025 | 4012922 | Disbursement To Creditor/Principal | 189.72 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 03/12/2025 | 4013773 | Disbursement To Creditor/Principal | 189.72 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 04/15/2025 | 4014629 | Disbursement To Creditor/Principal | 189.72 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 05/14/2025 | 4015511 | Disbursement To Creditor/Principal | 189.72 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 06/11/2025 | 4016372 | Disbursement To Creditor/Principal | 189.72 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 07/16/2025 | 4017193 | Disbursement To Creditor/Principal | 189.72 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 08/13/2025 | 4018041 | Disbursement To Creditor/Principal | 189.72 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 09/10/2025 | 4018877 | Disbursement To Creditor/Principal | 189.72 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 10/15/2025 | 4019726 | Disbursement To Creditor/Principal | 189.71 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 11/19/2025 | 4020621 | Disbursement To Creditor/Principal | 189.72 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 12/10/2025 | 4021501 | Disbursement To Creditor/Principal | 189.72 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 01/14/2026 | 4022276 | Disbursement To Creditor/Principal | 189.71 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 02/11/2026 | 4023161 | Disbursement To Creditor/Principal | 189.72 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 03/18/2026 | 4024024 | Disbursement To Creditor/Principal | 189.72 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 04/15/2026 | 4024928 | Disbursement To Creditor/Principal | 189.71 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 05/13/2026 | 4025814 | Disbursement To Creditor/Principal | 189.72 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Mortgage | 05/26/2026 | 0000000 | Refund From Creditor/Principal | -189.71 |
| 26 | CARRINGTON MORTGAGE SI | Secured Arrears Mortgage | 06/17/2026 | 4026972 | Disbursement To Creditor/Principal | 268.17 |
| 26 | CARRINGTON MORTGAGE SI | Secured Arrears Mortgage | 06/25/2026 | 0000000 | Refund From Creditor/Principal | -189.72 |
| 26 | CARRINGTON MORTGAGE SI | Secured Arrears Mortgage | 07/15/2026 | 4027872 | Disbursement To Creditor/Principal | 325.56 |
| 26 | CARRINGTON MORTGAGE SI | Secured Arrears Mortgage | 08/19/2026 | 4028769 | Disbursement To Creditor/Principal | 277.03 |
| 26 | CARRINGTON MORTGAGE SI | Secured Arrears Mortgage | 09/16/2026 | 4029650 | Disbursement To Creditor/Principal | 246.92 |
| | | | | | Total for Claim Number 26: | 8,009.10 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **8,009.10** |

## Part 3 - c (Postpetition Arrears)

# History Of Payments

**Part 3 - c (Postpetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 11/09/2023 | 3031544 | Disbursement To Creditor/Principal | 1,034.14 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 12/21/2023 | 4000431 | Disbursement To Creditor/Principal | 121.26 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 01/16/2024 | 4001287 | Disbursement To Creditor/Principal | 121.26 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 02/12/2024 | 4002192 | Disbursement To Creditor/Principal | 121.26 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 03/12/2024 | 4003114 | Disbursement To Creditor/Principal | 121.26 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 04/10/2024 | 4004030 | Disbursement To Creditor/Principal | 121.26 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 05/13/2024 | 4004939 | Disbursement To Creditor/Principal | 121.26 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 06/14/2024 | 4005867 | Disbursement To Creditor/Principal | 121.26 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 07/17/2024 | 4006820 | Disbursement To Creditor/Principal | 121.26 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 08/14/2024 | 4007747 | Disbursement To Creditor/Principal | 121.26 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 09/11/2024 | 4008589 | Disbursement To Creditor/Principal | 121.26 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 10/16/2024 | 4009455 | Disbursement To Creditor/Principal | 122.61 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 11/13/2024 | 4010369 | Disbursement To Creditor/Principal | 122.61 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 12/11/2024 | 4011206 | Disbursement To Creditor/Principal | 122.61 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 01/15/2025 | 4012060 | Disbursement To Creditor/Principal | 122.61 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 02/12/2025 | 4012922 | Disbursement To Creditor/Principal | 122.61 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 03/12/2025 | 4013773 | Disbursement To Creditor/Principal | 122.61 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 04/15/2025 | 4014629 | Disbursement To Creditor/Principal | 122.61 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 05/14/2025 | 4015511 | Disbursement To Creditor/Principal | 122.61 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 06/11/2025 | 4016372 | Disbursement To Creditor/Principal | 122.61 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 07/16/2025 | 4017193 | Disbursement To Creditor/Principal | 122.61 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 08/13/2025 | 4018041 | Disbursement To Creditor/Principal | 122.61 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 09/10/2025 | 4018877 | Disbursement To Creditor/Principal | 122.61 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 10/15/2025 | 4019726 | Disbursement To Creditor/Principal | 122.61 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 11/19/2025 | 4020621 | Disbursement To Creditor/Principal | 122.61 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 12/10/2025 | 4021501 | Disbursement To Creditor/Principal | 122.61 |
| 26 | PENNYMAC LOAN SERVICES | Secured Arrears Order On Stip Post-Pet | 01/14/2026 | 4022276 | Disbursement To Creditor/Principal | 122.61 |
| 26 | CARRINGTON MORTGAGE SI | Secured Arrears Order On Stip Post-Pet | 02/11/2026 | 4023398 | Disbursement To Creditor/Principal | 122.61 |
| 26 | CARRINGTON MORTGAGE SI | Secured Arrears Order On Stip Post-Pet | 03/18/2026 | 4024282 | Disbursement To Creditor/Principal | 122.61 |
| 26 | CARRINGTON MORTGAGE SI | Secured Arrears Order On Stip Post-Pet | 04/15/2026 | 4025167 | Disbursement To Creditor/Principal | 122.61 |
| 26 | CARRINGTON MORTGAGE SI | Secured Arrears Order On Stip Post-Pet | 05/13/2026 | 4026080 | Disbursement To Creditor/Principal | 122.61 |
| 26 | CARRINGTON MORTGAGE SI | Secured Arrears Order On Stip Post-Pet | 06/17/2026 | 4026972 | Disbursement To Creditor/Principal | 137.88 |
| 26 | CARRINGTON MORTGAGE SI | Secured Arrears Order On Stip Post-Pet | 07/15/2026 | 4027872 | Disbursement To Creditor/Principal | 130.01 |
| 26 | CARRINGTON MORTGAGE SI | Secured Arrears Order On Stip Post-Pet | 08/19/2026 | 4028769 | Disbursement To Creditor/Principal | 110.63 |
| 26 | CARRINGTON MORTGAGE SI | Secured Arrears Order On Stip Post-Pet | 09/16/2026 | 4029650 | Disbursement To Creditor/Principal | 98.60 |
| | | | | | Total for Claim Number 26: | 5,176.06 |
| | | | | | **Total for Part 3 - c (Postpetition Arrears):** | **5,176.06** |